# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Allison Herring | FILED: MAY 21, 2008 |
| v. | 08CV2944     PH |
| Regional Adjustment Bureau, Inc. | JUDGE ANDERSEN |
| | MAGISTRATE JUDGE COLE |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff- Allison Herring

| NAME (Type or print) |
|---|
| Larry P. Smith |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Larry P. Smith |

| FIRM |
|---|
| Larry P. Smith & Associates, Inc. |

| STREET ADDRESS |
|---|
| 205 N. Michigan Ave., Suite 4000 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE  NUMBER |
|---|---|
| 6217162 | 312-222-9028 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐