**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Allison Herring

                                        Plaintiff,

v.                                                    Case No.: 1:08−cv−02944

                                                    Honorable Wayne R. Andersen

Regional Adustment Bureau, Inc.

                                        Defendant.

**ORDER REFERRING A CIVIL CASE TO THE**
**DESIGNATED MAGISTRATE JUDGE**

        Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Jeffrey Cole for the purpose of holding proceedings related to: discovery supervision.(tsa, )Mailed notice.

Dated: July 15, 2008

                                                    /s/ Wayne R. Andersen

                                                    United States District Judge