IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALLISON HERRING, )<br> )<br>Plaintiff, )<br> )<br>vs. )<br> )<br>REGIONAL ADJUSTMENT BUREAU, INC., )<br> ) | Civil Action No. 08-CV-2944 |

**VOUNTARY MOTION TO DISMISS**

NOW COMES the Plaintiff, ALLISON HERRING, by and through her attorneys, LARRY P. SMITH & ASSOCIATES, LTD., and hereby moves this Honorable Court to dismiss the Defendant, REGIONAL ADJUSTMENT BUREAU, INC., with prejudice and without costs to be paid to any party.

Respectfully Submitted,
**ALLISON HERRING**

By: ____/s Larry P. Smith_____
Attorney for Plaintiff

LARRY P. SMITH & ASSOCIATES, LTD
Attorneys for Plaintiff
205 N. Michigan Ave. 40th Floor
Chicago, Illinois 60601
Telephone: (312) 222-9028
Facsimile: (312) 602-3911