IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ALLISON HERRING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 08-CV-2944 |
| | ) | |
| REGIONAL ADJUSTMENT BUREAU, INC., | ) | |
| | ) | |
| **Defendant.** | | **NOTICE OF FILING** |

REGIONAL ADJUSTMENT BUREAU, INC.,
c/o Mr. Robert Abney
150 Court Ave # 2
Memphis, TN 38103
Email: bobabney@bellsouth.net

　　　　PLEASE TAKE NOTICE THAT On July 17, 2008, there was filed in the United States District Court for the Northern District of Illinois, a **Motion to Dismiss,** a copy of which is attached hereto and herewith served upon you.

| | |
|---|---|
| Name: | LARRY P. SMITH & ASSOCIATES, LTD. |
| Attorneys For: | Plaintiff |
| Address: | 205 N. Michigan Ave, Suite 4000 |
| City: | Chicago, Illinois 60601 |
| Telephone: | (312) 222-9028 |

**PROOF OF SERVICE**

　　　　I, the undersigned, an attorney, certify that I served this notice by depositing the same in the United States mail with sufficient postage affixed thereon to the above named parties before 5:00 p.m. on July  17 , 2008 from 205 N. Michigan Avenue, Suite 4000, Chicago, Illinois 60601.

　　　　　　　　　　　　　　　　　　　　By: ____/s Larry P. Smith_____
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff